IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ROBERT BAKER and
WILLIAM PARKER                                                                                   PLAINTIFFS

v.                                    3:15CV00338-BRW-JJV

DOES; *et al*.                                                                                        DEFENDANT

## ORDER

Plaintiffs Robert Baker and William Parker jointly filed this action on October 21, 2015. (Doc. No. 2.) Now, in his Amended Complaint (Doc. No. 13), Plaintiff Parker has indicated a desire to pursue his claims separately. After review of both Plaintiffs' allegations, the Court concludes that severance is proper. Plaintiffs' claims do not arise out of the same transaction or occurrence.[1]

Accordingly, the Clerk of Court is directed to open a new case for William Parker and file a copy of his Amended Complaint (Doc. No. 13), Motion for Leave to Proceed *In Forma Pauperis* (Doc. No. 10), and the Order allowing Mr. Parker to proceed IFP (Doc. No. 11) in the new case. The Clerk of Court is also directed to terminate Mr. Parker as a party to this action.

IT IS SO ORDERED, 13th day of November, 2015.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] *See* FED. R. CIV. P. 20(a) (providing that multiple plaintiffs may join in one lawsuit if they assert a right to relief "arising out of the same transaction" or occurrence that involves a common "question of law or fact"); FED. R. CIV. P. 21 (explaining that a court may *sua sponte* sever improperly joined claims).