IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**ROBERT BAKER**                                                                                      **PLAINTIFF**

VS.                              No. 3:15-CV-00338-BRW-JJV

**DOES;** *et al.*                                                                                       **DEFENDANTS**

**ORDER**

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's objections. After considering the objections and making a *de novo* review of the record, the Court approves and adopts the Proposed Findings and Recommended Disposition as this Court's findings in all respects.

Accordingly, this case is DISMISSED without prejudice due to Plaintiff's failure to state a claim upon which relief may be granted.

Dismissal of this action counts as a "strike" for purposes of 28 U.S.C. § 1915(g).

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this <u>2nd</u> day of December, 2015.

<u>/s/ Billy Roy Wilson</u>
UNITED STATES DISTRICT JUDGE