IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**ROBERT BAKER**                                                                                    **PLAINTIFF**

**VS.**                                          **No. 3:15-CV-00338-BRW-JJV**

**DOES;** *et al.*                                                                                **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. Dismissal of this action constitutes a "strike" for purposes of 28 U.S.C. § 1915(g). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the corresponding Order would not be taken in good faith.

IT IS SO ORDERED this 2nd day of December, 2015.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE